GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
State Bar No. 028042
JULIE A. SOTTOSANTI
Assistant U.S. Attorney
State Bar No. 025496
BRIAN C. HOPKINS
Assistant U.S. Attorney
State Bar No. 029636
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: adam.rossi2@usdoj.gov
        julie.sottosanti@usdoj.gov
        brian.hopkins@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR18-01695-TUC-JAS |
| Plaintiff, | |
| vs. | GOVERNMENT'S NOTICE OF RAP LYRICS/SONGS/VIDEOS PURSUANT TO DOC. 2042 |
| Shawmaine Eustace Ardell Moore -003, Samuel Lee Berrelle Rakestraw, III, -004, Michael Anthony Williams, -005, | |
| Defendant. | |

Now comes the United States of America, by and through its attorneys undersigned, respectfully submits this Notice to the Court and Counsel as to the Court's Order regarding videos/rap songs/lyrics (Doc. 2042).

The government intends on introducing the following rap songs, videos or audio in its case in chief.  The government reserves the right to seek to play any other song contained in disclosure in rebuttal should such a song become relevant.

/ / /

<u>"Lil Mike, My Niggas Out Here Bustin"</u> Defense Bates 025882 (Gov Bates ROI 2, with
<u>attached Music Video file and Pgs 1-56 (ROI#2, Screen Shots)– Will Play Entire Music</u>
<u>Video 0:00 – 4:31</u>

Song Lyrics (Disclosed in 025882) (Certified Transcript 253139-253145)

Yeah – LilMikeBoii
Young Wreckin Krew
We in this bitch
Bustin' (Rah!)

Niggas ain't even ready
These bitch niggas ain't
These hoes ain't
We'll give it to you anyway

Man, my niggas out here bustin'
(Out here bustin')
Man, these bitch niggas mean nothin'
(It ain't nothin')
All these hoes, nigga, mean nothin'
(It ain't nothin')
Man, these bitch niggas mean nothin'
 (It ain't nothin')
Man, my niggas out here b- b- b- bustin'
(Out here bustin')
Man, my niggas out here bustin'
(Out here bustin')

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Man, these bitch niggas mean nothin'

(It ain't nothin')

All these hoes, nigga, mean nothin'

(It ain't nothin')

Man, my niggas out here b- b- b- bustin'

My niggas out here bustin'(Yeah, that's the real deal)

They'll dump on you niggas

If you ain't from Park or Hills

I move around with that stick(That steel)

Try me, I'm gonna kill(I kill)

Better write your will

I tell Mack to hold that wheel (That wheel)


When I'm hangin' out of that window (Window)

Burner come with extendos (Extendos)

Breakin' backs just like Limbo (Like Limbo)

Do you and your kinfolk (Huh)

I do the shit for my nigga, K (My nigga K)

I think about the shit every day

Firm grip when I hold the cane

That's a green light

That means right away (Bang)


Got me fucked up

Now I'm here

They done fucked up

Getting' faded 'til I'm fucked up

- 3 -

And I'm out here

Like, What the fuck is up?

And I'm ridin' (What the fuck is up?)

I'm swirvin' (Swervin')

I'll spray you

Be like I ain't nervous (I ain't nervous)

All my niggas

We really sinnin'

We like fuck it though

We ain't perfect (Perfect)

Fuck feelings

I ain't hurtin' (I ain't hurtin')

For my niggas

I'm lurkin' (I'm lurkin')

Smoke mine

I'm gonna smoke yours

'Cause I got the feelin' it's worth it (Huh)

Bust ten and tell 'em hold dat

Said a nigga wasn't perfect (Huh)

When it comes to it

There's no right or wrong

When I feel the shit

It's all worth it.

- 4 -

Man, my niggas out here bustin'

(Out here bustin')

Man, these bitch niggas mean nothin'

(They mean nothin')

All these hoes, nigga, mean nothin'

(They mean nothin')

Man, these bitch niggas mean nothin'

(They mean nothin')

Man, my niggas out here b- b- b- bustin'

(Out here bustin')

Man, my niggas out here bustin'

(Out here bustin')

Man, these bitch niggas mean nothin'

(They mean nothin')

All these hoes, nigga, mean nothin'

(They mean nothin')

Man, my niggas out here b- b- b- bustin'


My niggas bustin', boy

So don't get out of line

I'm from Tre Six

But I fuck with some niggas from Deuce Nine

Try me, I'm gonna shoot mine (Mine)

At these bitch niggas' throats (Huh)

Call me when it's go-time

They told me double up

I got two nines (I got two)

- 5 -

1

2

3            Move around with that Sammy (Sammy)

Ain't no bitchness in me (Not in me)

4            All these guns on all my niggas

5            Yeah, bullets

6            We got plenty (Plenty)

7            We gotta do this shit for my bros, nigga

8            Pistol cocked when I approach niggas

9            Quick and fast to reload, nigga

10           Then give your ass a whole load, nigga (Load, nigga)

11

12           I'm about to expose niggas

13           Mostly niggas are all hoes (All hoes)

14           Don't play it right

15           Then you a day away

16           You like, shit, this how the game go? (It goes)

17           We out here when the block is hot

18           Like we standin' next to that stove (That stove)

19           If the big homie set that green light

20           Then all my niggas gonna go (I'm gonna go)

21

22           We'll have a bitch to come chill with you

23           Just to cause diversion (Huh)

24           Now we up in your house

25           Standing behind the curtains (Huh)

26           Ain't no talkin' when it comes to it

27           I see your ass in-person (Huh)

28

- 6 -

Leave your ass worthless (Huh)

I feel like it's worth it

Man, my niggas out here bustin'

(Out here bustin')

Man, these bitch niggas mean nothin'

(They mean nothin')

All these hoes, nigga, mean nothin'

(They mean nothin')

Man, these bitch niggas mean nothin'

(They mean nothin')

Man, my niggas out here b- b- b- bustin'

(Out here bustin')

Man, my niggas out here bustin'

(Out here bustin')

Man, these bitch niggas mean nothin'

(They mean nothin')

All these hoes, nigga, mean nothin'

(They mean nothin')

Man, my niggas out here b- b- b- bustin'

All my niggas bustin' (Bang)

We don't play around (Huh)

It's murder season

'Cause our life lived in that Tuck town

Get laid down and I'm gone (I'm gone)

Clips about a mile long

Smoke a nigga and don't talk about it

So don't ax me over that phone


I ain't fuckin' with none of you niggas (Niggas)

I ain't trustin' none of you niggas (Niggas)

With that pistol cocked and that firm grip

I say my life is trustin' this trigga (This trigga)

Look, I said it once

I ain't perfect (I ain't perfect)

Pistol cocked and I'm searchin' (I'm searchin')

Leave you bitch niggas worthless (Worthless)

'Cause I felt the shit

And it's all worth it


Man, my niggas out here bustin'

(Out here bustin')

Man, these bitch niggas mean nothin'

All these hoes, nigga, mean nothin'

Man, these bitch niggas mean nothin'

Man, my niggas out here b- b- b- bustin'

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael William, Samuel Rakestraw and YM DA Kidd, Posted on Michael Williams Facebook Page on July 23, 2017, "Brother like a MF" – ROI 56 – Defense Bates 028443, (Audio file only will show still from YouTube link referenced in ROI, no video on the link) Will play entire audio file 0:00 – 3:56

Transcript in ROI.  Certified Transcript copied below.

Never turn your back on him
If you really love him
'Cause that's my brother
Like a muthafucka

Empty the whole damn clip
For that muthafucka
'Cause that's my brother
Like a muthafucka

Never turn your back on him
If you really love him
'Cause that's my brother
Like a muthafucka

Empty the whole damn clip
For that muthafucka
'Cause that's my brother
Like a muthafucka

Shoot a nigga up

And then watch the news

She was on my dick

Until she heard that I killed her dude


These niggas speakin' on me

Guess I'm hot now

But when I see that nigga

Blood, I'm aiming for that eyebrow


Made money in hella states

It's like they love a nigga

Bitch, I'm bangin'

Shout out Day-Day


And if I ain't got it on me

You bet Blood do

And if we all got it on us

Then we all shoot


We used to ride dirty

On the interstate

Just to see a muthafuckin'

Dinner plate

(Uh)


Back then we was chuggin'

Like a muthafucka

Dope fiend kitchen

We was cookin' like a muthafucka

And on God

I'ma bust for 'em

And we don't shoot just to shoot

On God, but I touch some

And on God

I'ma bust for 'em

And we don't shoot just to shoot

On God, but I touch some

Never turn your back on him

If you really love him

'Cause that's my brother

Like a muthafucka

Empty the whole damn clip

For that muthafucka

'Cause that's my brother

Like a muthafucka

Never turn your back on him

If you really love him

'Cause that's my brother

Like a muthafucka

Empty the whole damn clip

For that mutherfucka

'Cause that's my brother

Like a muthafucka

Different mothers, but the same shit


Red flags

We from the hood

This some gang shit

(Uh)


I let it flame

But it wet 'em

Like the rain drips


Dr-dr-droppin' niggas

(Bbrrrrrrrrrrrrrrrrrr)

Poppin' niggas

Apocalypse


Pop and dip

Make 'em feel my pain

With the hollow tips

(Niggas)


But niggas can't comprehend

The shit my mind on

- 12 -

(Nah)

You ever seen a nigga

With his mind blown


And when you catch a body

It's about the time

We knocked that nigga off

And then got back in the grind


They say they slidin'

We're gonna slide

And then we slide again


Hills with it

'Til I die

I think I'll die in Hills


More souls

Ain't felt a thing

Since my daddy died


My niggas talkin' about family

But it was day and night

I catch some family talkin'

They got circumcised


But fuck them

They ain't loyal
I can't get advice

Never turn your back on him
If you really love him
'Cause that's my brother
Like a muthafucka

Empty the whole damn clip
For that muthafucka
'Cause that's my brother
Like a muthafucka

Never turn your back on him
If you really love him
'Cause that's my brother
Like a muthafucka

Empty the whole damn clip
For that muthafucka
(Uh)
'Cause that's my brother
Like a muthafucka

Lil Mike, boi
YWK
We hold the K

They killed my nigga K

Got me out here bustin'
Green lights
That mean that's right away


I'm out the trenches
With my Niggas
We gonna find a way
That chopper hit him
With some combination
You can't find the safe

We let that iron spray
The streets will get 'em stretched
We laid that nigga down
When we crept out

When it's time to catch a body
We gonna fetch him out
Hit him with a brand new 240
Just to test it out

You know I'm rockin'
With my brothers
Like a muthafucka

Different moms
But that's my brother
Like a muthafucka

And if I go
You know I'm going
Like a muthafucka
They started droppin'
We started scorin'
Like a muthafucka

Right out the whip
These shot sent them
On a crash

Three 7.62s
Sat him on his ass
And if I'm down to my last
I give my bro my last

And if my nigga
Need him buried
He ain't go to ask

<u>"Dome Body Dome Shot"</u> Michael Williams and Samuel Rakestraw, Defense Bates
<u>027117</u> Will play portion of audio file (1:29 onwards to end of the audio only), ROI 25

<u>(027111-027113), including attachments and screenshots, uploaded to Facebook by Marcell Gray on September 23, 2015</u>

Certified transcript (253147-253154)

We keep the murder rate up

Your time tickin' (Your time tickin')

Here, sucka -- Here, sucka

I'm tryin' to kill a nigga (Tryin' to kill a nigga)

Catch you walkin' out your mama house

Keep hidin' (Keep hidin')

The 40 isn't edible

I'ma tryin' to feed mine


They got a 30 in that mothafucka

(30 in that mothafucka)

I treat the homies like fam

I tell the shooters I love 'em (Love em')

Free Sly like a mothafucka

(Free Sly like a mothafucka)

Until then just know we slidin' like a mothafucka


H game

Nigga, we the shit (We the shit)

Fuck a Stone

And them ho-ass niggas they may be with


They Chinese food

Hit 'em with their chopsticks

- 17 -

They Chinese food

Hit 'em with their chopsticks


Takin' pictures with them guns

Y'all look hella stupid

Next body on me like Mozzy

'Cause I know I'ma do it ('Cause I know I'ma do it)

Takin' pictures with them guns

Y'all look hella stupid

Next body on me like Mozzy

'Cause I know I'ma shoot it


Dome body

Dome body

Dome shot

We gonna pop a nigga even when it's dark or not

(When it's dark or not)


We on the field where it's real

These niggas not (Blood, these niggas not)

Dome body

Dome body

Dome shot


Get it blazin' with a winner

Not a chrome hot (Make that chrome hot)

Dome body

Dome body

Dome shot


Niggas say they everywhere

But never on they own block (On they own block)

Dome body

Dome body

Dome shot


Hills with it

See a Yabba

I'm tryin' to knock 'em down (Knock 'em down)

Blood, you niggas out of a bounds

On this side of town (On this side of town)



We got niggas that hold it down

Tryin' to knock 'em down (Tryin' to knock 'em down)

I got niggas that sittin' down

Just for knockin' crowns (Uh)


You niggas pussy on Facebook

Hella fakin' (Hella fakin')

You niggas can't get wet

When these levies breakin' (These levies breakin')


If you ain't tryin' to push

1      You ain't from the turf then

2      (You ain't from the turf)

3      'Cause all my niggas clockin' in to put work in

4      Workin' doubles

5      Real hitters in the shop with us

6      (In the shop with us)

7      Got niggas workin' the cameras

8      In case the cops hit us (In case the cops hit us)

9      Slidin' out with the chops

10      But we do it movin' (Gotta do it movin')

11      Unpackin' every bullet where we movin' to (Uh)

12

13      Slidin' out every day if we feel we losin' (Uh)

14      Bustin' at suckas

15      You ain't hit 'em

16      Then you need improvement (You need improvement)

17

18      Guns bust

19      Get flushed

20      I don't shit around (I don't shit around)

21      You niggas act tough

22      But don't be around

23

24      Dome body

25      Dome body

26      Dome shot

27      We gonna pop a nigga even when it's dark or not

28

(When it's dark or not)

We on the field where it's real
These niggas not (Blood, these niggas not)
Dome body
Dome body
Dome shot
Get it blazin' with the winner
Not a chrome hot (Make that chrome hot)
Dome body
Dome body
Dome shot

Niggas say they everywhere
But never on they own block (On they own block)
Dome body
Dome body
Dome shot

///

Respectfully submitted this 1st day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Brian C. Hopkins*

BRIAN C. HOPKINS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 1st day of September, 2022, to:

Anthony Payson, II, Esq.
Attorney for Defendant Samuel Lee Berrelle Rakestraw, III

Ramiro Salazar Flores, Esq.
Attorney for Defendant Michael Anthony Williams